UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Community Association Underwriters of America, Inc.,

Plaintiff(s),

v.

Todd Wacht,

Defendant(s).

Case No. 20-13177
HON. MARK A. GOLDSMITH

_____/

**ORDER STRIKING DOCUMENT (Dkt. 36 )**

The Court has reviewed the following document: Defendant's motion to approve settlement (Dkt. 36 ). The Court finds that it should be stricken for the following reason(s):

☑ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☑ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____ .

☑ Other: Defendant's motion to approve settlement does not contain language certifying compliance with LR 5.1(a), as required by the Court's 12/17/2020 order (Dkt. 5).

Accordingly, the Court strikes the document. Defendant shall file a corrected document that complies with all requirements on or before 11/30/2022.

SO ORDERED.

Dated: 11/28/2022
Detroit, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on 11/28/2022.

s/Holly A. Ryan, in the absence of
Karri Sandusky
Case Manager